IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-             Case No. 23-00272-13-CR-W-SRB

CODY KING,

      Defendant.

## ORDER APPOINTING CRIMINAL JUSTICE ACT COUNSEL

The above-named defendant, having appeared before the Court this date, and not having waived counsel, it is

ORDERED that Laura E. O'Sullivan, Benjamin Law Firm, 8427 Clint Drive, Belton, MO, 64012, Phone: 816-281-5460, be and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

            /s/ Jill A. Morris
            JILL A. MORRIS
            UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
July 11, 2024