IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|                Plaintiff, | |
| v. | Case No. 23-00272-11-CR-W-SRB |
| BRIAN M. WOOD, | |
|                Defendant. | |

**GOVERNMENT'S MOTION TO DISMISS
INDICTMENT PURSUANT TO FED. R. CRIM. P. 48(A)**

Comes now the United States of America, by and through its counsel, and files its Motion To Dismiss Indictment Pursuant to Fed. R. Crim. P. 48(a). The Government states the following in support:

On June 27, 2024, Defendant Brian M. Wood was indicted for being involved in a conspiracy to distribute methamphetamine and fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846. (Doc. 54.) Shortly after the indictment was returned, law enforcement agents working the case received information that this defendant, Brian M. Wood, was not the same Brian that case agents originally believed to be involved in this conspiracy. Therefore, as a result of this information, the Government moves to dismiss the Indictment against him pursuant to Fed. R. Crim. P. 48(a).

## CONCLUSION

WHEREFORE, for the forgoing reason, the Government pursuant to Fed. R. Crim. P. 48(a) moves to dismiss the Indictment (Doc. 54) against Defendant Wood returned in this case.

    Respectfully submitted,

    Teresa A. Moore
    United States Attorney

By  /s/*Joseph M. Marquez*

    Joseph M. Marquez
    Assistant United States Attorney
    Violent Crime & Drug Trafficking Unit
    Charles Evans Whittaker Courthouse
    400 East Ninth Street, Suite 5510
    Kansas City, Missouri 64106
    Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on August 14, 2024, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                        /s/ *Joseph M. Marquez*
                                        Joseph M. Marquez
                                        Assistant United States Attorney